[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 30, 2006
THOMAS K. KAHN
CLERK

No. 05-11899
Non-Argument Calendar

_____

D.C. Docket No. 04-00177-CR-J-25-HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHELDON DANE CLARK,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

**(June 30, 2006)**

Before DUBINA, HULL and WILSON, Circuit Judges

PER CURIAM:

Rodney G. Gregory, retained counsel for Sheldon Dane Clark in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Clark's conviction and sentence are **AFFIRMED**.